THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MELVIN SEEBODE, Also Known as JACK SEEBODE, Appellant.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.